RECEIVED

SEP - 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE COMBS, JR. and DELOICE LEWIS COMBS | CIVIL ACTION NO. 5:13CV3291 |
| VERSUS | JUDGE STAGG |
| CITIFINANCIAL, INC. F/K/A CITIFINANCIAL CONSUMER SERVICES, INC. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss for failure to state a claim upon which relief can be granted, [doc. # 11], filed by Defendant CFNA Receivables (MD), Inc. be **GRANTED** and that Plaintiffs' Complaint, [doc. # 1-2], be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 2nd day of September, 2014 in Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA